United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN ESTRADA MEJIA,<br><br>　　　　Defendant. | Case No. 23-mj-70834-MAG-1  (SK)<br><br>**ORDER REGARDING TENDERLOIN STAY AWAY CONDITION** |

At the hearing today, Defendant was released on a bond under certain conditions including that he stay away from the Tenderloin neighborhood in San Francisco. The Court hereby incorporates the following language into that condition:

Defendant shall stay away from the Tenderloin area in San Francisco bordered on the west by Polk Street and South Van Ness Avenue, on the north by Geary Street, on the east by Powell Street and 3rd Street, and on the south by Mission Street, with the following exceptions: 1) he may enter the area to attend any court proceedings at 450 Golden Gate Avenue, or after requesting and receiving approval from Pre-trial Services; and 2) he may travel on BART, MUNI, or other public transportation through the area, but may not then alight from said transportation and enter the area on foot.

Defense counsel is ordered to provide a copy of this order to the Defendant as soon as possible.

**IT IS SO ORDERED**.

Dated: June 15, 2023

_____
SALLIE KIM
United States Magistrate Judge