| | |
|---|---|
| 1 | WALTER F. BROWN (SBN 130248)<br>wbrown@paulweiss.com |
| 2 | R. ROSIE VAIL (SBN 317977)<br>rvail@paulweiss.com |
| 3 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>535 Mission Street, 24th Floor |
| 4 | San Francisco, CA 94105<br>Telephone: 628-432-5111 |
| 5 | Facsimile: 202-204-7379 |
| 6 | Attorneys for Defendant<br>KEVIN ESTRADA MEJIA |
| 7 | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | 3:23-MJ-70834-MAG |
| | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE** |
| | v. | |
| KEVIN ESTRADA MEJIA, | | |
| | Defendant. | |

Pursuant to the Conditions of Release and Appearance ordered by this Court on June 15, 2023, Defendant Kevin Estrada Mejia is required to remain in his residence at all times, except under certain circumstances, including for "employment" or "other activities approved in advance by Pretrial Services." ECF 12. Mr. Estrada has the opportunity to be employed in the construction field, where he will be working at a variety of job sites within the Northern District of California, oftentimes without substantial advanced notice as to the precise location of the work. Because this makes it difficult for Pretrial Services to determine whether Mr. Estrada is leaving his residence for "employment," Mr. Estrada is currently required to seek approval from Pretrial Services in advance of each job opportunity.

Due to the nature of this employment, it is important that Mr. Estrada be afforded flexibility to travel to these job sites without requiring advanced approval from Pretrial Services

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE
Case No. 3:23-MJ-70834-MAG

each time he has the opportunity to work.  At the recommendation of Pretrial Services, the parties have agreed that a modification of the Conditions of Release is appropriate to remove the requirement that Mr. Estrada seek Pretrial Services' advanced approval in order to leave his residence during working hours, and instead implement a curfew condition.  It is the parties' hope and expectation that these modifications will not only allow Mr. Estrada to maintain steady employment, but will also reduce the burden on Pretrial Services associated with constantly providing its approval in advance of Mr. Estrada's job opportunities.

For these reasons, the parties therefore stipulate and respectfully request that the Court modify the location restrictions section of the Conditions of Release as follows:

☒ Defendant must comply with the following location restrictions:

☒ [A] Defendant must not travel outside of ☒ the Northern District of California (see map on reverse side), [ ] other: _____.

☒ [B] Defendant must observe a curfew and remain at his/her residence every day from 7:30 p.m. to 5:30 a.m., except as directed by Pretrial Services.

☐ [C] Defendant must remain at his/her residence at all times except for: ☐ employment; ☐ education; ☐ religious services; ☐ medical, substance abuse, or mental health treatment; ☐ attorney visits; ☐ court appearances; ☐ court-approved obligations; ☐ or other activities approved in advance by ☐ Pretrial Services, ☐ the Court

\*    \*    \*    \*    \*

All other conditions of release shall remain in effect as ordered, including without limitation the requirements that Mr. Estrada submit to location monitoring and stay away from the Tenderloin neighborhood in San Francisco, as described in the Order Regarding Tenderloin Stay Away Condition.  *See* ECF 11; ECF 12.  For the avoidance of doubt, if Mr. Estrada wishes to enter the restricted area other than for court proceedings at 450 Golden Gate Avenue or as a passenger who transits through the area on BART, MUNI, or other public transportation without alighting from said transportation and entering the area on foot—including if he wishes to pursue

any employment opportunity—he must first request and receive approval to do so from Pretrial Services.  *See* ECF 11.

Dated:  June 30, 2023

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:  /s/ *Walter F. Brown*
    WALTER F. BROWN

*Attorney for Defendant*
Kevin Estrada Mejia

**UNITED STATES OF AMERICA**

Dated:  June 30, 2023

By:  */s/ Nicholas Parker*
    NICHOLAS PARKER
    Assistant United States Attorney

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the location restriction in the Conditions of Release and Appearance for Kevin Estrada Mejia will be modified to replace the restriction requiring Mr. Estrada to remain in his residence at all times with a curfew restriction. The location restriction condition shall now read:

☒ Defendant must comply with the following location restrictions:

☒ [A] Defendant must not travel outside of ☒ the Northern District of California (see map on reverse side), [ ] other: _____.

☒ [B] Defendant must observe a curfew and remain at his/her residence every day from 7:30 p.m. to 5:30 a.m., except as directed by Pretrial Services.

☐ [C] Defendant must remain at his/her residence at all times except for: ☐ employment; ☐ education; ☐ religious services; ☐ medical, substance abuse, or mental health treatment; ☐ attorney visits; ☐ court appearances; ☐ court-approved obligations; ☐ or other activities approved in advance by ☐ Pretrial Services, ☐ the Court

IT IS SO ORDERED.

DATED: _____    _____

HON. SALLIE KIM
United States Magistrate Judge